UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RLI INSURANCE COMPANY,

        Plaintiffs,

   v.

LANGAN ENGINEERING, ENVIRONMENTAL, SURVEYING AND LANDSCAPE ARCHITECTURE, D.P.C., et al.,

        Defendants.

Case No. 19-cv-02022-SI (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: November 16, 2020; REBUTTAL: December 4, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 15, 2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 26, 2021;
    Opp. Due: March 12, 2021; Reply Due: March 19, 2021;
    and set for hearing no later than April 2, 2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 18, 2021 at 3:30 PM. All Pretrial paperwork due by May 4, 2021.

TRIAL DATE: June 1, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 2/24/2020

                      SUSAN ILLSTON
                      United States District Judge