UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>LANGAN ENGINEERING, ENVIRONMENTAL, SURVEYING AND LANDSCAPE ARCHITECTURE, D.P.C., et al.,<br><br>         Defendants. | Case No. 19-cv-02022-SI<br><br>**ORDER RE DISCOVERY DISPUTE** |

Now pending before the Court is parties' joint discovery statement. Dkt. No. 75. In the joint statement, defendant Langan Engineering ("Langan") requests plaintiff RLI Insurance Company ("RLI") to search and produce electronically stored information ("ESI") relating to RLI's rescission of Langan's insurance coverage. *Id*. On January 22, 2021, the Court held a teleconference hearing with the parties regarding joint discovery statement.

After carefully considering parties' arguments, the Court orders RLI to perform a search of RLI's ESI using the following terms: Langan, Millennium Tower, and Treadwell & Rollo. RLI search will limited to February 1, 2019, RLI's anticipated date of litigation. After RLI's ESI search, the parties are ordered to meet and confer on discovery. The parties may submit a discovery statement if discovery disputes arise after RLI's ESI search.

**IT IS SO ORDERED**.

Dated: January 22, 2021

SUSAN ILLSTON
United States District Judge